**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JAY JAVON JONES                                                        PLAINTIFF

v.                                    5:13CV00208-JLH-JTK

ROBBIE FRED, et al.                                                DEFENDANTS

## ORDER

    Defendants shall respond to Plaintiff's Motion for Subpoena (Doc. No. 9) within ten days of the date of this Order.

    IT IS SO ORDERED this 3rd day of September, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE