# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAY JAVON JONES                                                                                           PLAINTIFF

v.                                              5:13CV00208-JLH-JTK

ROBBIE FRED, et al.                                                                                 DEFENDANTS

## ORDER

Plaintiff's Motion for a Subpoena (Doc. No. 9) is DENIED without prejudice. Defendants indicate in their response that no video exists for the date of May 31, 2013, and that the videos of the June 1, 2013, and July 9, 2013, incidents have been viewed by Plaintiff and will be preserved for this litigation (Doc. No. 18).

IT IS SO ORDERED this 6th day of September, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE